COLEMAN R. CHAMBERLIN, Respondent, *v.* ANTONIO
CIRRINCIONE, Appellant.

(Argued October 12, 1931; decided November 17, 1931.)

*Frank M. Wilcox* and *Clarence E. Mellen* for appellant.
*Samuel L Argent, Milton R. Weston* and *S. Leighton
Frooks* for respondent.

Judgment affirmed with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.